# United States District Court

MASSACHUSETTS

———————————————— DISTRICT OF ————————————

MASSACHUSETTS CARPENTERS CENTRAL
AGENCY ET AL

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

JFM CONSTRUCTORS, INC.

## 05   10636 WGY

TO: (Name and Address of Defendant)

JFM Constructors, Inc.
29 Harlow Farm Road
Sagamore Beach, MA 02562

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Christopher N. Souris
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SARAH A. THORNTON

**MAR 3 1 2005**

CLERK                                    DATE

BY DEPUTY CLERK

**Barnstable County Sheriff's Office**

I hereby certify and return that on **May 28, 2005 at 8:10 AM** I served a true and attested copy of Summons & Complaint, in hand to Connor McGonagle, agent able to accept civil process for the within named Defendant, JFM Constructors, Inc., at the last and usual address to wit: 29 Harlow Farm Road, Sagamore Beach, MA 02562.

Jon M. Hunt, Deputy Sheriff
PO Box 661, W. Hyannisport, MA 02672

Fee:        $54.30