UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **05-10636-WGY**

**MASSACHUSETTS CARPENTERS CENTRAL
COLLECTION AGENCY, ET AL**
Plaintiff

v.

**JFM CONSTRUCTORS, INC.**
Defendant

**NOTICE OF DEFAULT**

Upon application of the Plaintiffs, Massachusetts Carpenters Central Collection Agency, et al for an order of Default for failure of the Defendant, JFM Constructors, Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on July 19, 2005.

Sarah A. Thornton,
Clerk

By:    /s/ Marie Bell
            Deputy Clerk

Notice mailed to counsel of record and defendants.