UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL ) | |
| COLLECTION AGENCY, et al ) | |
|     Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 05-10636-WGY |
| ) | |
| JFM CONSTRUCTORS, INC., ) | |
|     Defendant. ) | |
| _____ ) | |

REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the court send a Notice of Default to the defendant, JFM Constructors, Inc., 29 Harlow Farm Road, Sagamore Beach, MA 02562 in the above-captioned action. Defendant JFM Constructors, Inc. was served with the complaint on May 28, 2005.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: July 25, 2005

    Respectfully submitted,

    Christopher N. Souris
    BBO #556343
    KRAKOW & SOURIS, LLC
    225 Friend Street
    Boston, MA 02114    (617) 723-8440

    /s/ Christopher N. Souris_____
    Attorney for plaintiffs