UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS<br>CENTRALCOLLECTION AGENCY, et al<br>    Plaintiffs,<br><br>v.<br><br>JFM CONSTRUCTORS, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 05-10636-WGY<br>)<br>)<br>) |

### JUDGMENT

YOUNG, D.J.

Defendant JFM Constructors, Inc. having failed to plead or otherwise defend in this action and default having been entered on July 25, 2005.

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiffs the sum of $158,800.76 that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $304.30 it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That plaintiffs recover from defendant JFM Constructors, Inc. the sum of $159,105.06 with interest as provided by law.

By the Court,

*Elizabeth Smith*
Deputy Clerk

Dated: 9-6-05